UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RACHEL HUTTO, *individually and as next of friend of Anzley Hutto*, <br><br> Plaintiff, <br> v. <br><br> MEMORIAL HEALTH UNIVERSITY MEDICAL CENTER, INC., OEC MEDICAL SYSTEMS, INC. et al., <br><br> Defendants. | Case No. CV414-224 |

## O R D E R

The Court having reviewed and considered the petition of Sara A. Ford of the law firm of Lightfoot, Franklin & White, LLC, The Clark Building, 400 20th Street North, Birmingham, Alabama 35203, for permission to appear pro hac vice on behalf of defendant OEC Medical Systems, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Sara A. Ford as counsel of record for defendant OEC Medical Systems, Inc., in this case.

**SO ORDERED** this __19th__ day of November, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA