# United States District Court
## Southern District of Georgia

Rachel Hutto,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV414-224,

Memorial Health University Medical Center, Inc, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 8/26/15, granting Plaintiff's motion to remand, judgment is hereby entered remanding the case to the State Court of Chatham County, Georgia.

This case is closed.

8/26/15
Date

Scott L. Poff
Clerk

(By) Deputy Clerk